UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: <br><br> JAMES V. MCLAUGHLIN <br><br> Debtor | Chapter 13 <br> Case No. 17-00683-SMT |
| WELLS FARGO BANK, N.A. <br><br> Movant <br><br> v. <br><br> JAMES V. MCLAUGHLIN <br> 1345 SHEPHERD ST. N.W. <br> WASHINGTON, DC 20011 <br> (Debtor) <br><br> REBECCA A. HERR <br> 185 ADMIRAL COCHRANE DR. <br> SUITE 240 <br> ANNAPOLIS, MD 21401 <br> (Trustee) <br><br> Respondents | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Wells Fargo Bank, N.A. ("Movant") by undersigned counsel, respectfully moves this Honorable Court to terminate the Automatic Stay as to the real property located at 1345 Shepherd St NW, Washington, DC 20011 ("Property"), and, as grounds therefore, states as follows.

1. This proceeding seeking relief under 11 U.S.C. § 362(d) is a contested matter within the meaning of Fed. R. Bankr. P. 4001 and 9014, and this court has jurisdiction over this matter pursuant to 28 U.S.C. § 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G) and (b)(2)(O). Venue is proper pursuant to 28 U.S.C. § 1409(a).

2. On December 6, 2017, the above named Debtor, James V. McLaughlin ("Debtor"), filed in this court a Petition under Chapter 13 of the United States Bankruptcy Code. Rebecca A. Herr (the "Trustee") was appointed Chapter 13 trustee.

3. On or about October 7, 2005, James V. McLaughlin executed and delivered to Wells Fargo Bank, N.A. an EquityLine Account Agreement and Disclosure Statement (the "Note") with a credit limit in the amount of FORTY-NINE THOUSAND DOLLARS AND NO CENTS ($49,000.00), plus interest at the adjustable rate of 9.900% per annum, to be paid over thirty (30) years. A copy of the Note is attached hereto as **Exhibit A** and incorporated herein.

4. To secure the repayment of the sums due under the Note, James V. McLaughlin executed and delivered to Wells Fargo Bank, N.A. a Home Equity Credit Line Deed of Trust ("HELOC") dated October 7, 2005, encumbering the real property ("Property") described as:

Lot Numbered Forty (40) in Allard and Appleby's Subdivision of Lots in Block numbered Four (4), "North Columbia Heights" as per p at Recorded in Liber 45 at folio 184 in the office of the Surveyor for the District of Columbia.

Square 2823, Lot 40

which has the address of 1345 Shepherd St NW, Washington, DC 20011. A Copy of the HELOC is attached as **Exhibit B** and incorporated herein.

5. Wells Fargo Bank, N.A. services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor(s) receive a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Wells Fargo Bank, N.A. Wells Fargo Bank, N.A., directly or through an agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed.

6. As of January 16, 2020, the Debtor owes an unpaid principal balance of $39,633.15 and a total debt of $58,567.68 under the Note.

7. As of January 7, 2020, the Debtor is post-petition due for October 20, 2019, which includes the following missed payments:

| Number of Missed Payments | From | To | Payment Amount | Total Due |
|---|---|---|---|---|
| 1* | October 20, 2019 | October 20, 2019 | $522.59 | $451.45 |
| 1 | November 20, 2019 | November 20, 2019 | $495.06 | $495.06 |
| 1 | December 20, 2019 | December 20, 2019 | $444.29 | $444.29 |
| | | | Suspense: | ($0.00) |
| | | | Total Payments Past Due | $1,390.80 |

*Partial payment in amount of $71.14 applied October payment

8. The value of the property is $838,500.00, according to the Debtor's Schedule "A".

9. The Debtor is in default under the Note.

10. The Debtor has not and cannot offer Movant adequate protection of its interest in the Property, and Movant avers it is not adequately protected.

11. That the Debtor's account delinquency constitute cause for relief from the automatic stay.

WHEREFORE, Wells Fargo Bank, N.A. prays that this Court issue an order terminating or modifying the Automatic Stay under 11 U.S.C. § 362, as to the property located at 1345 Shepherd St NW, Washington, DC 20011, and granting the following:

a. Relief from the Automatic Stay allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible loss mitigation options, solutions and/or resolutions with regard to the underlying

mortgage and note, including, but not limited to loan modification, deed in lieu or other loss mitigation alternatives.

  b.  That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

  c.  That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

  d.  That it be exempted from further compliance with Fed. R. Bankr. P. 3002.1 in the instant bankruptcy case.

Date:  January 21, 2020

              Respectfully submitted,

               /s/ Craig B. Rule
              Craig B. Rule, Bar #1032659
              Orlans PC
              PO Box 5041
              Troy, MI 48007
              (248) 502-1400
              Attorneys for Wells Fargo Bank, N.A.
              crule@orlans.com