IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
District of Columbia

| | |
|---|---|
| IN RE<br><br>JAMES V. MCLAUGHLIN<br><br>Debtor | Case No. 17-00683-SMT<br>Chapter 13 |
| SELENE FINANCE LP<br>9990 Richmond Avenue, Suite 400 South<br>Houston, TX 77042<br><br>Movant<br>v.<br><br>JAMES V. MCLAUGHLIN<br>1345 Shepherd Street NW<br>Washington, DC 20011<br><br>Respondents | Motion No. |

## **MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, Selene Finance LP, its successors and/or assigns, movant, by its attorneys, Mark D. Meyer, Esq., and Rosenberg & Associates, LLC, and respectfully represents as follows:

1. Jurisdiction is based on 11 U.S.C. Section 362(d)-(f).

2. On or about December 6, 2017, James V. McLaughlin ("Debtor") filed a Voluntary Petition in the Court under Chapter 13 of the Bankruptcy Code.

3. Rebecca A Herr is the Chapter 13 trustee of the Debtor's estate.

4. At the time of the initiation of these proceedings, the Debtor owned a parcel of fee simple real estate improved by a residence with a legal description of "Lot Numbered Forty (40) in Allard and Appleby's Subdivision of Lots in Block numbered Four (4), "North Columbia Heights" as per plat Recorded in Liber 45 at folio 184 in the office of the Surveyor for the District of Columbia" also known as 1345 Shepherd St NW, Washington, DC 20011 (hereinafter "the subject property").

5. The subject property is encumbered by a Deed of Trust securing the note, which is currently held by the movant. The documents evidencing the movant's security interest are attached hereto.

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 75195

      6.  The total amount due under the Deed of Trust securing the Movant as of January 28, 2020, not including attorney's fees and court costs, is approximately $176,437.19.

      7.  The Debtor is in default under the Deed of Trust, and the Movant has accelerated the entire balance of the Note and Mortgage and interest continues to accrue.

      8.  The Debtor has not made post-petition payments for the months of April 1, 2019 through January 1, 2020, and equity in the Debtor's residence is dissipating.

      9.  The Movant lacks adequate protection of its interest in the subject property.

      10.  The Movant has been and continues to be irreparably injured by the stay of Section 362 of the Bankruptcy Code, which prevents the Movant from enforcing its rights under the Note and Deed of Trust.

      11.  Cause exists for lifting the automatic stay imposed by Section 362 of the Bankruptcy Code to enable the Movant to enforce its rights under its Note and Deed of Trust.

      12.  The subject property is not necessary for an effective reorganization.

      WHEREFORE, the Movant, Selene Finance LP its successors and/or assigns, respectfully requests that this Honorable Court:

      1.  Enter an order terminating the automatic stay imposed by Section 362 of the Bankruptcy Code to enable it to proceed with a foreclosure sale, accept a deed in lieu or agree to a short sale of the real property and improvements located at 1345 Shepherd St NW, Washington, DC 20011; and

      2.  Grant such other and further relief as may be just and necessary.

                                    /s/ Mark D. Meyer, Esq.
                                    Mark D. Meyer, Esq.
                                    DC Bar 475552

                                    Rosenberg & Associates, LLC
                                    4340 East West Highway, Suite 600
                                    Bethesda, MD 20814

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 75195

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 10, 2020, a copy of the foregoing Motion for Relief from the Automatic Stay was mailed, first class postage prepaid, to the following:

Rebecca A Herr, Trustee
185 Admiral Cochrane Drive,
Suite 240 Annapolis, MD 21401

Michael R. Murphey, Esquire
1320 19th St. N.W. Suite 202,
Washington DC  20036

James V. McLaughlin 1345
Shepherd Street NW Washington,
DC 20011

                              /s/ Mark D. Meyer, Esq. _____
                              Mark D. Meyer, Esq.

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814

(301) 907-8000
FILE NUMBER: 75195