**The order below is signed.**

Ordinarily an order does not get entered when the parties have not filed a motion for entry of the order.  There was no motion to vacate the order granting relief from the automatic stay.  The parties docketed the Consent Order (not signed by the court) as a proposed order, and the court treats the docketing of the proposed order as a motion for vacating of the prior lift stay order and for entry of the proposed order in resolution of the lift stay motion.

The better practice would have been for the parties to file a consent motion for entry of the Consent Order, and for the docket entry for the motion to reflect that it relates to the motion for relief from the automatic stay and to the prior order granting relief from the automatic stay.  I could have stricken the Consent Order for lack of such a motion, but will not strike the Consent Order in this case but might strike a consent order in some future case if the same thing happens again.

Dated: March 27, 2020.



_S. Martin Teel, Jr._
_____
S. Martin Teel, Jr.
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA
### District of Columbia

| | |
|---|---|
| IN RE:<br><br>JAMES V. MCLAUGHLIN<br><br>   Debtor | Case No. 17-00683-SMT<br>Chapter 13 |
| SELENE FINANCE LP<br>9990 Richmond Avenue, Suite 400 South<br>Houston, TX 77042<br><br>   Movant<br>v.<br><br>JAMES V. MCLAUGHLIN<br>1345 Shepherd Street NW<br>Washington, DC 20011<br><br>   Respondents | Motion No. |

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

File Number: 75195

### CONSENT ORDER MODIFYING AUTOMATIC STAY AND VACATING ORDER GRANTING RELIEF FROM STAY

Upon consideration of the Movant's Motion Seeking Relief from the Automatic Stay, the parties having reached an agreement, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Columbia

ORDERED that the Order Granting Motion for Relief From Stay entered at docket number 61 is VACATED; and be it further

Page 1

  ORDERED that the Automatic Stay be, and it is hereby, modified pursuant to 11 U.S.C. Sections 362(d), to permit Movant to commence foreclosure proceeding against the real property and improvements with a legal description of "Lot Numbered Forty (40) in Allard and Appleby's Subdivision of Lots in Block numbered Four (4), "North Columbia Heights" as per plat Recorded in Liber 45 at folio 184 in the office of the Surveyor for the District of Columbia", also known as 1345 Shepherd St NW, Washington, DC 20011 and to allow the successful purchaser to obtain possession of same; and be it further

  ORDERED that the above Order be and it is hereby, stayed provided that the Debtor:

  1.  Make a payment to the Movant of $1,331.73 said payment represents the regular mortgage  payment by March 1st, 2020 and continue thereafter to make regular monthly payments as they become due pursuant to the terms of the Promissory Note secured by the Deed of Trust on the above referenced property; and

  2.  Within Fourteen days the Debtor will file an Amended Chapter 13 Plan to include the post-petition arrears of $13,157.10 which is comprised of 10 payments for 06/01/2019 - 03/01/2020 at $1,331.73, Attorney Fees and Costs of ($1,031.00) and less a suspense balance of ($1,191.20). Movant shall file an amended proof of claim to include the arrears; and

  3.  All payments to the Movant should be made to:

  Selene Finance LP
  Attn: Bankruptcy Department
  9990 Richmond Avenue, Suite 400 South
  Houston, TX 77042

Rosenberg &
Associates, LLC
4340 East West
Highway, Suite 600
Bethesda, MD 20814

File Number: 75195

  To the extent the Debtor defaults in making the above specified cure or regular payments within the first sixty days of the cure the Movant shall be immediately free to proceed with foreclosure of its security instrument; the forbearance provisions of this order will immediately terminate upon the failure to timely tender any and all payments within the first sixty days of this order and the filing of the Notice of Secured Creditor's Right to Commence Foreclosure Proceedings.  If being understood between the parties that strict compliance provision is intended as good faith consideration for this order.  Upon default and termination of the forbearance provisions under this paragraph, the Movant shall file a Notice of Secured Creditor's Right to Commence Foreclosure Proceedings.  If the debtor defaults upon payment under the terms of this order and if said default occurs outside of the sixty day period set forth in this paragraph or if any payments which have been acknowledged in the calculation of the mortgage arrearage in this order, but which subsequently fail to clear and are dishonored then the Movant shall mail notice to the Debtor  allowing an additional ten (10) days from the mailing of the notice to cure in certified funds and shall file an Affidavit of Default with the Court.  Attorney fees for filing each Affidavit of Default may be $100.00 with additional charges for objections and/or hearings.  If after ten (10) days from the mailing of the notice, the payment remains in arrears,

Movant or its attorney shall be free to commence a foreclosure proceeding on the real property and improvements described above, without further order of court

Upon the filing of the third such affidavit, the Automatic Stay shall immediately terminate; and be it further

ORDERED that the fourteen (14) day stay of Rule 4001(a)(3) be, and it is hereby, waived and the terms of this Order are immediately enforceable; and be it further

ORDERED that the Automatic Stay of 11 U.S.C. Section 362 be, and it hereby, shall not be reimposed as to the Debtor's interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code.

AGREED AND CONSENTED TO:

| /s/ Mark D. Meyer, Esq. | /s/ Michael R. Murphey |
|---|---|
| Mark D. Meyer, Esq. | Michael R. Murphey |
| Attorney for Movant | Attorney for Debtor |

cc:
Mark D. Meyer, Esquire
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

Rebecca A Herr
Trustee
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD 21401

Michael R. Murphey, Esquire
1320 19th St. N.W. Suite 202
Washington DC  20036

James V. McLaughlin
1345 Shepherd Street NW
Washington, DC 20011

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

File Number: 75195

      I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

                                                /s/ Mark D. Meyer, Esq.
                                                Mark D. Meyer, Esq.

**End of Order**

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

File Number: 75195