IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
District of Columbia

| | |
|---|---|
| IN RE<br><br>JAMES V. MCLAUGHLIN<br><br>   Debtor | Case No. 17-00683-ELG<br>Chapter 13 |
| SELENE FINANCE LP<br>9990 Richmond Avenue, Suite 400<br>South<br>Houston, TX 77042<br><br>   Movant<br>v.<br><br>JAMES V. MCLAUGHLIN<br>1345 Shepherd Street NW<br>Washington, DC 20011<br><br>   Respondents | Motion No. |

## NOTICE OF DEFAULT

Now comes, Selene Finance LP, the movant, and state as follows:

1. The Movant is the holder of a Deed of Trust on the real property and improvements known as 1345 Shepherd St NW, Washington, DC 20011.

2. Pursuant to the terms of the Consent Order entered in the above referenced matter, the Debtor was to make a payment of $1,312.22 (said payment represents the regular mortgage payment) to the Movant on July 1, 2020- October 1, 2020.

3. The Debtor did not make the above referenced payments and is in default under the terms of this Consent Order.

4. Pursuant to the terms of the Consent Order, unless the Debtor cures this default within Fourteen (14) days from the mailing of this notice, in total by tendering the sum of $5,355.54 (4 regular monthly payments, advance of $6.66 and attorney fees of $100) in certified funds, the automatic stay shall be terminated, and the Movant shall be free to commence a foreclosure proceeding on the real property and improvements described in the Deed of Trust securing the

5. All payments to the Movant should be made to:

    Selene Finance LP
    Attn: Bankruptcy Department
    9990 Richmond Avenue, Suite 400
    South Houston, TX 77042

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 75195
PROJECT NAME:
McLaughlin, James
PROPERTY ADDRESS:
1345 Shepherd St NW

    Selene Finance LP

    /s/ Mark D. Meyer, Esq.

Mark D. Meyer, Esq.
DC Bar 475552

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

## Certificate of Service

I hereby certify that on this 6th day of November, 2020 a copy of the foregoing Affidavit was mailed by first class, postage pre-paid mail to:

Rebecca A Herr
Trustee
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD 21401

Michael R. Murphey, Esquire
1320 19th St. N.W. Suite 202,
Washington DC  20036

James V. McLaughlin
1345 Shepherd Street NW
Washington, DC 20011

    /s/ Mark D. Meyer, Esq.
    Mark D. Meyer, Esq.

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 75195
PROJECT NAME:
McLaughlin, James

PROPERTY ADDRESS:
1345 Shepherd St NW