# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In Re:

**James V. McLaughlin**　　　　　　　　　　Case No. **17-00683-ELG**
　　　　　　　　　　　　　　　　　　　　　　Chapter 13

　　　　Debtor(s)

## TRUSTEE'S MOTION TO REDUCE THE ARREARS CLAIM OF SELENE FINANCE, LP AND TO DEEM BALANCE WITHDRAWN AND TO SET DATE FOR FILING AN AMENDED UNSECURED DEFICIENCY CLAIM AND NOTICE OF OPPOURTUNTIY AND DEADLINE TO OBJECT

　　Rebecca A. Herr, Chapter 13 Trustee in the above-captioned case ("Trustee"), respectfully moves this court to reduce the amount of the secured arrears claim of Selene Finance, LP ("Claimant") filed on February 6, 2018 and amended on April 22, 2020 in the amount of $168,043.73 with an arrearage of $16,567.93 (the "Claim") to the amount paid, prior to, and pursuant to creditor's withdrawal of said claim by return/cancellation of distribution funds.

　　Despite changed circumstances, the Claimant has failed to file a notice of withdrawal pursuant to Bankruptcy Rule 3006, and likewise, the Debtor has failed to file a motion to modify, post-confirmation pursuant to 11 U.S.C. § 1329.

　　WHEREFORE, the Trustee accordingly requests that the Claim be reduced to the amount paid and the balance of the Claim be deemed withdrawn, thereby making Rule 3002.1 inapplicable, subject however, to the right of the Claimant to file an amended unsecured claim for any deficiency, within 30 days after entry of an order, unless the Claimant files for an extension prior to the expiration of said 30-day period due to anticipated delay in the disposition of its collateral.

Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401
301-805-4700
bherr@ch13md.com

                                                              Respectfully submitted,

Date: April 14, 2021                   /s/ Rebecca A. Herr
                                            Rebecca A. Herr (#MD0032)
                                            Chapter 13 Trustee
                                            185 Admiral Cochrane Drive
                                            Suite 240
                                            Annapolis, MD 21401
                                            [bherr@ch13md.com](mailto:bherr@ch13md.com)

**NOTICE OF OPPORTUNITY AND DEADLINE TO OBEJECT TO MOTION TO REDUCE**

**PLEASE TAKE NOTICE THAT WITHIN TWENTY ONE (21) DAYS AFTER THE DATE OF THIS NOTICE** you must file and serve a written objection to the motion, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., N.W., Washington, DC 20001, and served by mailing a copy to the Chapter 13 Trustee and all scheduled, secured creditors.

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING**. The court may grant the motion without a hearing if the objection filed states inadequate grounds for denial. Parties in interest with questions may contact the Trustee.

## CERTIFICATE OF SERVICE UNDER LBR 5005-1(h)

## CERTIFICATE OF SERVICE

I hereby certify that the Motion to Reduce Claim and Opportunity for Hearing was served on April 14, 2021 electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and by first class mail, postage prepaid to:

Michael R. Murphey, Esq.
1320 19th Street, NW
Suite 202
Washington, DC 20036
*Attorney for Debtor*

James V. McLaughlin
1345 Shepherd Street, NW
Washington, DC 20011
*Debtor*


Selene Finance LP
9990 Richmond Ave
Suite 400 South
Houston, TX 77042
*Creditor's Address on Claim*

Mark Meyer, Esq.
4340 East West Highway
Suite 600
Bethesda, MD 20814
*Counsel for Selene Finance LP*

CSC-Lawyers Incorporating Service Company
7 St. Paul Street
Suite 820
Baltimore, MD 21202
*Resident Agent*


                                                   **/s/ Rebecca A. Herr**
                                                   Chapter 13 Trustee