| | |
|---|---|
| **From:** | James M |
| **To:** | Michael Murphey |
| **Cc:** | David Tabakin |
| **Subject:** | Case No 17-000683-ELG Chap 13 |
| **Date:** | Thursday, April 22, 2021 10:33:15 AM |

**CAUTION - EXTERNAL:**

Attorney Murphey Sir,

I have tried reaching you at your business number and by email several times since March 2021 with no response.
I pray all is well, but please I need your assistance with my case in my bankruptcy matter Case No. 17-00083-ELG.
They are requesting a Motion to be filed in this case.

I have spoken with the District Court and asked for assistance in this matter also. I pray all is well. I am
unaware of any changes you being my Attorney other than we both are working from home.
As stated I am reaching out to the courts for assistance.

Thank You,
James McLaughlin
202 641 7978

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.