**From:** James M
**To:** Rebecca Herr
**Cc:** David Tabakin
**Subject:** Fwd: Case No 17-000683-ELG Chap 13
**Date:** Thursday, April 22, 2021 4:41:21 PM

**CAUTION - EXTERNAL:**

Ms. Herr,

I am forwarding you the email I have sent to my Attorney and the Bankruptcy Court. I need assistance speaking with Selene because I want the modification but your client cannot speak with me without consent from Att. Murphey.
Is there any advice you can give me?

Thank You,
James McLaughlin


-----Original Message-----
From: James M
To: Michael R. Murphey
Cc: David Tabakin
Sent: Thu, Apr 22, 2021 10:32 am
Subject: Case No 17-000683-ELG Chap 13


Attorney Murphey Sir,

I have tried reaching you at your business number and by email several times since March 2021 with no response.
I pray all is well, but please I need your assistance with my case in my bankruptcy matter Case No. 17-00083-ELG.
They are requesting a Motion to be filed in this case.

I have spoken with the District Court and asked for assistance in this matter also. I pray all is well. I am
unaware of any changes you being my Attorney other than we both are working from home.
As stated I am reaching out to the courts for assistance.

Thank You,
James McLaughlin
202 641 7978

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.