**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE:** | |
| JAMES V. MCLAUGHLIN | Case No.  17-00683 ELG |
| | Chapter 13 |
| Debtor | |

**LINE REQUESTING DELAY IN ACTION**
**ON PENDING MOTION TO REDUCE CLAIM**

To the Clerk of the Court:

Please delay action on my pending Motion to Reduce Claim for a period of **fourteen (14) days** from the date of this line.

Date:   April 30, 2021            Respectfully submitted,

     **/s/ Rebecca A. Herr**
Rebecca A. Herr (#MD0032)
Chapter 13 Trustee
185 Admiral Cochrane Drive
Suite 240
Annapolis, MD 21401
bherr@ch13md.com

```
Rebecca A. Herr, Chapter 13 Trustee
BAR#MD0032
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401
```

# CERTIFICATE OF SERVICE

I hereby certify that the Line requesting delay in action on pending motion to reduce claim was served on April 30, 2021 electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and/or by first class mail, postage prepaid to:

Michael R. Murphey, Esq.
1320 19th Street, NW
Suite 202
Washington, DC 20036
*Attorney for Debtor*

James V. McLaughlin
1345 Shepherd Street, NW
Washington, DC 20011
*Debtor*

Selene Finance LP
9990 Richmond Ave
Suite 400 South
Houston, TX 77042
*Creditor's Address on Claim*

Mark Meyer, Esq.
4340 East West Highway
Suite 600
Bethesda, MD 20814
*Counsel for Selene Finance LP*

CSC-Lawyers Incorporating Service Company
7 St. Paul Street
Suite 820
Baltimore, MD 21202
*Resident Agent*

**/s/ Rebecca A. Herr**
Rebecca A. Herr
Chapter 13 Trustee