The order below is hereby signed.

Signed: June 24 2021



_Elizabeth L. Gunn_
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In Re:                                              |
                                                    |
**James V. McLaughlin**                             |      Case No. **17-00683-ELG**
                                                    |      Chapter 13
Debtor(s)                                           |

## ORDER REDUCING THE ARREARS CLAIM OF SELENE FINANCE LP WITHDRAWING BALANCE OF SAID CLAIM AND SETTING DATE FOR FILING AN AMENDED UNSECURED DEFICIENCY CLAIM

Upon consideration of the Trustee's Motion to reduce the secured arrears claim of Selene Finance LP (Claimant), in the amount of $168,043.73 with an arrearage of $16,567.93 (the "Claim"), to the amount paid, and to deem the balance of the Claim withdrawn and to set date for filing an amended unsecured deficiency claim, including opportunity for Claimant to notify the Court of its foreclosure said did not occur, together with the court record herein, it is,

**ORDERED**, that the Trustee's motion be and the same is hereby granted, and the arrears claim of Selene Finance LP filed on February 6, 2018 and amended on April 22, 2020 in the amount of $168,043.73 with an arrearage of $16,567.93 is hereby reduced to the amount paid, and the balance of the secured claim is hereby withdrawn, thereby making Rule 3002.1 inapplicable, subject however to the right of the Claimant to file an amended proof of claim for any unsecured deficiency within 30 days after entry of this order, or within any court-authorized extension, or within the time set as a bar date if the case is or has been converted to another chapter.

I ASK FOR THIS:

/s/ Rebecca A. Herr
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
*Chapter 13 Trustee*


Cc

Michael R. Murphey, Esq.
1320 19th Street, NW
Suite 202
Washington, DC 20036
*Attorney for Debtor*

James V. McLaughlin
1345 Shepherd Street, NW
Washington, DC 20011
*Debtor*

Selene Finance LP
9990 Richmond Ave
Suite 400 South
Houston, TX 77042
*Creditor's Address on Claim*

Mark Meyer, Esq.
4340 East West Highway
Suite 600
Bethesda, MD 20814
*Counsel for Selene Finance LP*

CSC-Lawyers Incorporating Service Company
7 St. Paul Street
Suite 820
Baltimore, MD 21202
*Resident Agent*

Rebecca R. Herr
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
*Chapter 13 Trustee*