The order below is hereby signed.

Signed: August 4 2021



Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| James V. McLaughlin | ) | |
| | ) | Case No. 17-0683 |
| Debtor. | ) | Chapter 13 |
| | ) | |

**CONSENT ORDER REIMPOSING STAY AND REINSTATING CLAIM**

Upon consideration of the Motion of the Debtor, the consent of the Trustee and Selene Finance LP as evidenced by the endorsements of their counsel, and for good cause shown, it is hereby ORDERED

1. By August 15, 2021, the Debtor shall pay $17,602.14 to Selene Finance, LP, which shall bring the Debtor current post-petition through July, 2021, including attorney's fees of $350, on the Selene Finance LP mortgage claim.

2. The Debtor shall re-commence making monthly payments to Selene in the amount of $1312.22 (as the same may be adjusted from time to time in accordance with the loan documents, as to which Selene shall file and serve Notices of Mortgage Payment

Daniel M. Press
dpress@chung-press.com
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax

Change), commencing with the August 2021 payment. The August 2021 payment shall be made by August 15, 2021.

3. Upon timely receipt by Selene of the payment referenced in Paragraph 1 and the August payment referenced in Paragraph 2, the Order Modifying Automatic Stay entered on 3/27/2020 (Doc. 64) shall be deemed vacated and of no further force or effect, the Order Granting Relief from Stay (Doc. 61) shall remain vacated, the Affidavit re Notice of Default and Affidavit re Notice of Non Payment and Termination of Automatic Stay (Docs. 66-67) shall be deemed withdrawn, and the automatic stay shall be reimposed as to Debtor's residence.

4. The Order Reducing the Arrears Claim of Selene Finance LP entered on June 24, 2021 (Doc. 72), is hereby vacated, and the Trustee shall pay the said claim pursuant to Debtor's plan.

WE ASK FOR THIS:

/s/ Daniel M. Press_____
Attorney for Debtor

/s/ Mark D. Meyer_____
Attorney for Selene Finance, LP

/s/ Rebecca Herr_____
Chapter 13 Trustee

cc: all entities on the Bankruptcy Noticing Center mailing list

END OF ORDER