**From:** James M <mclaughj2003@aol.com>
**Sent:** Saturday, November 27, 2021 10:44 PM
**To:** BHerr@ch13md.com
**Cc:** kwalker@ch13md.com
**Subject:** Re: Case No 17-000683-ELG Chap 13 November 2021

**CAUTION - EXTERNAL:**

Good Evening Ms. Herr,
Happy Holidays to you.  Can you help me again, please?   I just had my  November 2021 payment to Selene Finance returned to me.
I do not know why this is happening to me again.  This time each year this issue seems to reoccur for some reason that I do not understand.

They state before sending any more payments I need to call the loan Resolution Department.
Why?  Especially when they will not speak with me.
I am current and do not know what is going on with Selene.

Thank You,
James McLaughlin
202 641 7978