# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE

    James V. McLaughlin

                              :   Chapter 13 Case No. 17-00683-ELG

    Debtor(s)

## TRUSTEE'S NOTICE TO WELLS FARGO BANK, N.A. OF FINAL CURE PAYMENT AND NOTICE OF OPPORTUNITY TO RESPOND

Comes now Rebecca A. Herr, Chapter 13 Trustee of the above-captioned matter, and pursuant to Bankruptcy Rule 3002.1(f), states that the debtor has completed all payments under the confirmed plan, and the debtor has accordingly paid in full the amount required to cure all defaults, by paying in full the pre-petition arrears claim of Wells Fargo Bank, N.A., secured by security interest in the debtor's principal residence and provided for under §1322(b)(5) in the confirmed plan.

Rebecca A. Herr  
Chapter 13 Trustee  
Bar#MD0032  
185 Admiral Cochrane Dr., Suite 240  
Annapolis, MD 21401  
bherr@ch13md.com

Please take notice that, pursuant to Bankruptcy Rule 3002.1(g), within 21 days after service of this notice and the holder of each claim shall file and serve on the debtor, debtor's counsel, and the Trustee a statement indicating (1) whether it agrees that the debtor has paid in full the amount required to cure the default on the claim, and (2) whether the debtor is otherwise current on all payments consistent with §1322(b)(5). The statement shall itemize the required cure or post-petition amounts, if any, that each holder contends remains unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim.

Otherwise, upon failure to file a response, the Trustee's determination of final cure payment will be binding without necessity of Court Order.

February 9, 2023 /s/ REBECCA A. HERR

REBECCA A. HERR
Fed. Bar No. MD0032
Chapter 13 Trustee
185 Admiral Cochrane Drive
Suite 240
Annapolis, MD 21401
(301) 805-4700
Fax: (301) 805-9577
ecf@ch13md.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 9, 2023, a copy of the foregoing Trustee's Notice of Final Cure Payment and Notice of Opportunity to Respond, was mailed, postage prepaid, to:


James V. McLaughlin
1345 Shepherd St, NW
Washington, DC 20011
*Debtor(s)*

Michael R. Murphey, Esq.
1320 19th Street, NW
Suite 202
Washington, DC 20036
*Counsel for Debtor(s)*

Daniel Kevin Eisenhauer, Esq.
Orlans, PC
1602 Village Market Blvd SE
Ste 310
Leesburg, VA 20175
*Counsel for Claimant*

Wells Fargo Bank, N.A.
MAC N9286-01Y
PO Box 1629
Minneapolis, MN 55440-9790
*Claimant*

Wells Fargo Bank, N.A.
MAC F2302-04C
1 Home Campus
Des Moines, IA 50328
*Claimant*

CSC-Lawyers Incorporating Service Company
7 St. Paul Street
Suite 820
Baltimore, MD 21202
*Resident Agent for Wells Fargo Bank, N.A.*

                                        /s/ Rebecca A. Herr
                                        Rebecca A. Herr
                                        Chapter 13 Trustee

# Case Overview
**Case No. 17-00683-ELG**  JAMES V. MCLAUGHLIN
**PENDING**

Thursday, February 9, 2023
10:13 am
User: cbrown

**DISBURSEMENT HISTORY**

| DATE | CODE | DESCRIPTION | CREDITOR # | CHECK NO. | AMOUNT |
|---|---|---|---|---|---:|
| **WELLS FARGO BANK NA** | | | **Claim Number 2** | | |
| Aug 31, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | | 1060274 | 509.00 |
| Sep 30, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | | 1061945 | 509.00 |
| Oct 31, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | | 1063596 | 509.00 |
| Nov 30, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | | 1065274 | 1,018.00 |
| Dec 31, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | | 8000312 | 509.00 |
| Jan 31, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 8000359 | 509.00 |
| Feb 28, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 8000403 | 509.00 |
| Mar 29, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 8000449 | 509.00 |
| Apr 30, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 8000497 | 509.00 |
| May 31, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 8000543 | 509.00 |
| Jun 28, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 8000638 | 509.00 |
| Jul 31, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 8000687 | 509.00 |
| Aug 30, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 8000737 | 509.00 |
| Sep 30, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 8000788 | 509.00 |
| Oct 30, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 8000860 | 1,018.00 |
| Nov 30, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 8000915 | 509.00 |
| Dec 31, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 8000946 | 509.00 |
| Feb 29, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | | 8001098 | 509.00 |
| Mar 31, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | | 8001162 | 509.00 |
| Apr 30, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | | 8001207 | 1,018.00 |
| May 30, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | | 8001294 | 509.00 |
| Jun 30, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | | 8001359 | 509.00 |
| Jul 31, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | | 8001419 | 509.00 |
| Aug 31, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | | 8001483 | 509.00 |
| Sep 30, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | | 8001556 | 509.00 |
| Oct 31, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | | 8001636 | 509.00 |
| Nov 30, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | | 8001704 | 509.00 |
| Dec 31, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | | 8001773 | 509.00 |
| Jan 31, 2021 | CR | AMOUNT DISBURSED TO CREDITOR | | 8001839 | 509.00 |
| Feb 28, 2021 | CR | AMOUNT DISBURSED TO CREDITOR | | 8001917 | 509.00 |
| Mar 31, 2021 | CR | AMOUNT DISBURSED TO CREDITOR | | 8001997 | 509.00 |
| Apr 30, 2021 | CR | AMOUNT DISBURSED TO CREDITOR | | 8002090 | 1,018.00 |
| May 31, 2021 | CR | AMOUNT DISBURSED TO CREDITOR | | 8002179 | 509.00 |
| Jun 30, 2021 | CR | AMOUNT DISBURSED TO CREDITOR | | 8002278 | 509.00 |
| Aug 31, 2021 | CR | AMOUNT DISBURSED TO CREDITOR | | 8002468 | 1,527.00 |
| Sep 30, 2021 | CR | AMOUNT DISBURSED TO CREDITOR | | 8002591 | 509.00 |
| Nov 30, 2021 | CR | AMOUNT DISBURSED TO CREDITOR | | 8002752 | 509.00 |
| Dec 31, 2021 | CR | AMOUNT DISBURSED TO CREDITOR | | 8002839 | 509.00 |
| Jan 31, 2022 | CR | AMOUNT DISBURSED TO CREDITOR | | 8002957 | 509.00 |
| Feb 28, 2022 | CR | AMOUNT DISBURSED TO CREDITOR | | 2040814 | 509.00 |
| Mar 31, 2022 | CR | AMOUNT DISBURSED TO CREDITOR | | 2042083 | 1,018.00 |
| Apr 30, 2022 | CR | AMOUNT DISBURSED TO CREDITOR | | 2043273 | 509.00 |
| May 31, 2022 | CR | AMOUNT DISBURSED TO CREDITOR | | 2044453 | 509.00 |
| **TOTAL FOR WELLS FARGO BANK NA** | | | | | **25,450.00** |
| **WELLS FARGO OPERATIONS CENTER** | | | **Claim Number 2** | | |
| Jun 30, 2022 | CR | AMOUNT DISBURSED TO CREDITOR | | 8003379 | 509.00 |
| Jul 31, 2022 | CR | AMOUNT DISBURSED TO CREDITOR | | 8003446 | 509.00 |
| Sep 30, 2022 | CR | AMOUNT DISBURSED TO CREDITOR | | 8003587 | 1,018.00 |
| Oct 31, 2022 | CR | AMOUNT DISBURSED TO CREDITOR | | 8003658 | 509.71 |
| **TOTAL FOR WELLS FARGO OPERATIONS CENTER** | | | | | **2,545.71** |
| | | | | **DISBURSEMENT TOTAL** | **27,995.71** |