**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE

    James V. McLaughlin

                            :   Chapter 13 Case No. 17-00683-ELG

    Debtor(s)


**TRUSTEE'S NOTICE TO SELENE FINANCE, LP OF FINAL CURE PAYMENT AND NOTICE OF OPPORTUNITY TO RESPOND**

Comes now Rebecca A. Herr, Chapter 13 Trustee of the above-captioned matter, and pursuant to Bankruptcy Rule 3002.1(f), states that the debtor has completed all payments under the confirmed plan, and the debtor has accordingly paid in full the amount required to cure all defaults, by paying in full the pre-petition arrears claim of Selene Finance, LP, secured by security interest in the debtor's principal residence and provided for under §1322(b)(5) in the confirmed plan.

Rebecca A. Herr
Chapter 13 Trustee
Bar#MD0032
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401
bherr@ch13md.com

Please take notice that, pursuant to Bankruptcy Rule 3002.1(g), within 21 days after service of this notice and the holder of each claim shall file and serve on the debtor, debtor's counsel, and the Trustee a statement indicating (1) whether it agrees that the debtor has paid in full the amount required to cure the default on the claim, and (2) whether the debtor is otherwise current on all payments consistent with §1322(b)(5). The statement shall itemize the required cure or post-petition amounts, if any, that each holder contends remains unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim.

Otherwise, upon failure to file a response, the Trustee's determination of final cure payment will be binding without necessity of Court Order.

February 9, 2023                         /s/ REBECCA A. HERR

                                         REBECCA A. HERR
                                         Fed. Bar No. MD0032
                                         Chapter 13 Trustee
                                         185 Admiral Cochrane Drive
                                         Suite 240
                                         Annapolis, MD 21401
                                         (301) 805-4700
                                         Fax: (301) 805-9577
                                         ecf@ch13md.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 9, 2023, a copy of the foregoing Trustee's Notice of Final Cure Payment and Notice of Opportunity to Respond, was mailed, postage prepaid, to:

James V. McLaughlin
1345 Shepherd St, NW
Washington, DC 20011
*Debtor(s)*

Michael R. Murphey, Esq.
1320 19th Street, NW
Suite 202
Washington, DC 20036
*Counsel for Debtor(s)*

Mark D. Meyer, Esq.
4340 East West Highway, Ste. 600
Bethesda, MD 20814
*Counsel for Claimant*

Selene Finance, LP
Attn: BK Dept
3501 Olympus Blvd., Ste 500
Dallas, TX 75019
*Claimant*

CSC-Lawyers Incorporating Service Company
7 St. Paul Street
Suite 820
Baltimore, MD 21202
*Resident Agent for Selene Finance, LP*

                                            <u>/s/ Rebecca A. Herr</u>
                                            Rebecca A. Herr
                                            Chapter 13 Trustee

# Case Overview

**Case No. 17-00683-ELG**
**PENDING**

JAMES V. MCLAUGHLIN

Thursday, February 9, 2023
10:20 am
User: cbrown

**DISBURSEMENT HISTORY**

| DATE | CODE | DESCRIPTION | CREDITOR # | CHECK NO. | AMOUNT |
|---|---|---|---|---|---:|
| **SELENE FINANCE LP** | | | Claim Number 1 | | |
| Aug 31, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | | 1059983 | 62.00 |
| Sep 30, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | | 1061660 | 62.00 |
| Oct 31, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | | 1063320 | 62.00 |
| Nov 30, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | | 1064984 | 124.00 |
| Dec 31, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | | 1066613 | 62.00 |
| Jan 31, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 1068221 | 62.00 |
| Feb 28, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 1069837 | 62.00 |
| Mar 29, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 1071462 | 62.00 |
| Apr 30, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 1073108 | 62.00 |
| May 31, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 1074763 | 62.00 |
| Jun 28, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 1076379 | 62.00 |
| Jul 31, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 1078013 | 62.00 |
| Aug 30, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 1079694 | 62.00 |
| Sep 30, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 1081381 | 62.00 |
| Oct 30, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 2001140 | 124.00 |
| Nov 30, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 2002839 | 62.00 |
| Dec 31, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 2004477 | 62.00 |
| Feb 29, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | | 2007681 | 62.00 |
| Mar 31, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | | 2009239 | 62.00 |
| Apr 30, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | | 2010742 | 124.00 |
| May 30, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | | 2012246 | 62.00 |
| Jun 30, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | | 2013685 | 62.00 |
| Jul 31, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | | 2015124 | 62.00 |
| Aug 31, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | | 2016909 | 62.00 |
| Sep 30, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | | 2018370 | 62.00 |
| Oct 31, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | | 2019796 | 62.00 |
| Nov 30, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | | 2021236 | 62.00 |
| Dec 31, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | | 2022657 | 62.00 |
| Jan 11, 2021 | CRP | REFUND FROM CREDITOR/PRINCIPLE | | SELENE FIN/ | -62.00 |
| Aug 31, 2021 | CR | AMOUNT DISBURSED TO CREDITOR | | 2033255 | 310.00 |
| Sep 30, 2021 | CR | AMOUNT DISBURSED TO CREDITOR | | 2034540 | 62.00 |
| Oct 31, 2021 | CR | AMOUNT DISBURSED TO CREDITOR | | 2035758 | 62.00 |
| Nov 30, 2021 | CR | AMOUNT DISBURSED TO CREDITOR | | 2036991 | 124.00 |
| Dec 31, 2021 | CR | AMOUNT DISBURSED TO CREDITOR | | 2038221 | 124.00 |
| Jan 31, 2022 | CR | AMOUNT DISBURSED TO CREDITOR | | 2039398 | 62.00 |
| Feb 28, 2022 | CR | AMOUNT DISBURSED TO CREDITOR | | 8003041 | 62.00 |
| Mar 31, 2022 | CR | AMOUNT DISBURSED TO CREDITOR | | 8003131 | 124.00 |
| Apr 30, 2022 | CR | AMOUNT DISBURSED TO CREDITOR | | 8003216 | 62.00 |
| May 31, 2022 | CR | AMOUNT DISBURSED TO CREDITOR | | 8003304 | 62.00 |
| Jun 30, 2022 | CR | AMOUNT DISBURSED TO CREDITOR | | 2045441 | 62.00 |
| Jul 31, 2022 | CR | AMOUNT DISBURSED TO CREDITOR | | 2046638 | 62.00 |
| Aug 31, 2022 | CR | AMOUNT DISBURSED TO CREDITOR | | 2047789 | 62.00 |
| Sep 30, 2022 | CR | AMOUNT DISBURSED TO CREDITOR | | 2048902 | 186.00 |
| Oct 31, 2022 | CR | AMOUNT DISBURSED TO CREDITOR | | 2050036 | 124.83 |
| **TOTAL FOR SELENE FINANCE LP** | | | | | **3,410.83** |
| | | | **DISBURSEMENT TOTAL** | | **3,410.83** |