**Fill in this information to identify the case:**

**Debtor 1**  JAMES V. MCLAUGHLIN

**Debtor 2**
**(Spouse, if filing)**

**United States Bankruptcy Court for the:** District of Columbia
                                                        **(State)**

**Case number** 17-00683

## Form 4100R

# Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of creditor:**  Selene Finance LP                    Court claim no. (if known):

                                                             2

**Last 4 digits** of any number you use to identify the debtor's account:  9618

**Property Address:**  1345 SHEPHERD ST N W

  Number          Street

  WASHINGTON, DC 20011

  City                State      Zip Code

| Part 2: | Prepetition Default Payments |
| --- | --- |

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:          $ _____

| Part 3: | Postpetition Mortgage Payment |
| --- | --- |

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

  The next postpetition payment from the debtor(s) is due on:     ___/_____/_____
                                                                  MM/ DD /YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

  Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a.   Total postpetition ongoing payments due: **4/1/22-2/1/23 @ $1,312.22 each (11 pmts)**    (a)  $ 14,434.42

  b.   Total fees, charges, expenses, escrow, and cost outstanding: **less suspense**    + (b)  $ -13.26

  c.   **Total**. Add lines a and b.                                                     (c)  $ 14,421.16 **

  Creditor asserts that the debtor(s) are contractually
  obligated for the postpetition payment(s) that first became
  due on:                                                      04/01/2022
                                                               MM/ DD /YYYY

  **** NOFC to be amended
  once the pay history is
  available**

| Debtor 1 | JAMES V. MCLAUGHLIN | | Case Number (if known) | 17-00683 |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:    Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗   /S/ Mark D. Meyer   Date  03/02/2023
         Signature

Print:        Mark D. Meyer, 475552
              First name  Middle Name  Last name
              Title  Bankruptcy Attorney

Company       ROSENBERG & ASSOCIATES, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address       4340 East West Highway, Suite 600
              Number                Street

              Bethesda, MD 20814
              City          State          Zip Code

Contact phone  301-907-8000                 Email:   bankruptcy@rosenberg-assoc.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON

| | |
|---|---|
| IN RE<br><br>JAMES V. MCLAUGHLIN<br><br>    Debtor(s) | Chapter 13<br>Case NO. 17-00683 |
| SELENE FINANCE LP<br>9990 Richmond Avenue, Suite 400 South<br>Houston, TX 77042<br><br>    Movant<br>v.<br><br>JAMES V. MCLAUGHLIN<br>1345 SHEPHARD ST. NW<br>WASHINGTON, DC 20011<br><br>    Respondent(s) | Motion No. |

Mark D. Meyer
DC BAR 475552
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600 Bethesda, MD
20814 301-907-8000 File
Number: 21-000326-DC-B-4

## <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on the 3rd day of March 2023, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Response to Notice of Final Cure will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Trustee
Michael R. Murphey, Esquire

    I hereby further certify that on 3rd day of March 2023,  a copy of the Response to Notice of Final Cure was also mailed first class mail, postage prepaid to:


JAMES V. MCLAUGHLIN
1345 SHEPHARD ST. NW
WASHINGTON, DC 20011


Respectfully Submitted,

 /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 475552

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000